O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LEO SANTISTEVAN,<br><br>                Petitioner,<br><br>    v.<br><br>M. SPEARMAN, Warden,<br><br>                Respondent. | Case No. CV 12-8552-CAS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

      **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss the Petition be granted and that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: April 17, 2013

                                                      CHRISTINA A. SNYDER
                                                      UNITED STATES DISTRICT JUDGE