JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LEO SANTISTEVAN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> M. SPEARMAN, Warden, ) <br> ) <br> Respondent. ) | Case No. CV 12-8552-CAS (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 17, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE